UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAHEEM TARIQ,

        Petitioners,

  v.

BRUCE SCOTT,

        Respondent.

Case No. C25-2387-LK-SKV

ORDER FOR SERVICE AND RETURN, § 2241 PETITION

Petitioner has filed an immigration habeas petition under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). The Court, having reviewed the petition, ORDERS as follows:

(1) If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondent(s).

(2) **Within 30 days of the date this Order is posted**, Respondents shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C.

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 1

§ 2243. As a part of such return, Respondents shall submit a memorandum of authorities in support of their position and should state whether an evidentiary hearing is necessary. Respondents shall file the return with the Clerk of the Court.

(3) The return will be treated in accordance with LCR 7(d)(4). Accordingly, on the face of the return, Respondents shall note it for consideration no earlier than 28 days after it is filed, and the Clerk shall note the return accordingly. Petitioners may file and serve a response no later than 21 days after the return is filed, and Respondents may file and serve a reply no later than 28 days after the return is filed.

(4) If Petitioner's custody status changes at any point during this litigation, **Respondents shall file a status update with the Court as soon as possible and no later than 14 days after the change.**

(5) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Lauren King.

Dated this 2nd day of December, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 2