UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAHEEM TARIQ,

                    Petitioner,

         v.

BRUCE SCOTT et al.,

                    Respondents.

CASE NO. 2:25-cv-02387-LK

ORDER EXTENDING TIME TO
FILE OBJECTIONS

This matter comes before the Court sua sponte. Having observed that Petitioner's mail has been returned as undeliverable, the Clerk resent a copy of the Report and Recommendation ("R&R") to Petitioner at his current address: ERO EL PASO CAMP EAST MONTANA, 6920 Digital Road, El Paso, TX 79936. *See* Dkt. No. 10; *see also* U.S. Immigration and Customs Enforcement, *Online Detainee Locator System*, https://locator.ice.gov/odls/#/search (last visited March 2, 2026).[1]

---

[1] Courts "may take judicial notice of . . . matters of public record." *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).

ORDER EXTENDING TIME TO FILE OBJECTIONS - 1

In order to allow Petitioner sufficient time to receive the R&R and file objections, the Court extends his deadline to file objections to April 1, 2026. The R&R shall be re-noted to April 2, 2026. Failure to file objections within the specified time may affect rights to appeal. Objections must be noted for consideration fourteen (14) days from the date they are filed. Responses to objections may be filed by the noting date. If no timely objections are filed, the matter will be ready for the Court's consideration on April 2, 2026.

Dated this 3rd day of March, 2026.

Lauren King
United States District Judge

ORDER EXTENDING TIME TO FILE OBJECTIONS - 2