UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAHEEM TARIQ,

                      Plaintiff,

      v.

BRUCE SCOTT et al.,

                    Defendants.

CASE NO. 2:25-cv-02387-LK

ORDER EXTENDING TIME TO FILE OBJECTIONS

This matter comes before the Court sua sponte. Having observed that Petitioner's mail has been returned as undeliverable, the Clerk resent a copy of the Report and Recommendation ("R&R") to Petitioner at his current address: PINE PRAIRIE CORRECTIONAL FACILITY 1133 HAMPTON DUPRE RD, PINE PRAIRIE, LA 70576. *See* Dkt. No. 12; *see also* U.S. Immigration and Customs Enforcement, *Online Detainee Locator System*, https://locator.ice.gov/odls/#/search (last visited March 26, 2026).[1]

---

[1] Courts "may take judicial notice of . . . matters of public record." *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).

ORDER EXTENDING TIME TO FILE OBJECTIONS - 1

In order to allow Petitioner sufficient time to receive the R&R and file objections, the Court extends his deadline to file objections to April 23, 2026. The R&R shall be re-noted to April 24, 2026. Failure to file objections within the specified time may affect rights to appeal. Objections must be noted for consideration fourteen (14) days from the date they are filed. Responses to objections may be filed by the noting date. If no timely objections are filed, the matter will be ready for the Court's consideration on April 24, 2026.

Dated this 26th day of March, 2026.

Lauren King
United States District Judge

ORDER EXTENDING TIME TO FILE OBJECTIONS - 2