UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAHEEM TARIQ, | CASE NO. 2:25-cv-02387-LK |
| Petitioner, | ORDER EXTENDING TIME TO FILE OBJECTIONS AND DENYING MOTION TO VACATE JUDGMENT |
| v. | |
| BRUCE SCOTT et al., | |
| Respondents. | |

This matter comes before the Court on Petitioner Faheem Tariq's Motion for Extension of Time to File Objections to the Report and Recommendation, Dkt. No. 15, and Motion to Vacate Judgment, Dkt. No. 16.

Having observed that Tariq's mail had been returned as undeliverable, the Clerk resent a copy of the Report and Recommendation ("R&R") to Petitioner at his current address on March 24, 2026. *See* Dkt. No. 12. The Court also extended his deadline to file objections to April 23, 2026. Dkt. No. 13.

In a motion filed via mail and received by the Court on April 23, 2026, Tariq (who is now located in Louisiana) "requests a 30-day extension of the deadlines to file objections, up to and

ORDER EXTENDING TIME TO FILE OBJECTIONS AND DENYING MOTION TO VACATE JUDGMENT - 1

including May 23, 2026[.]" Dkt. No. 15 at 2. He avers that he did not receive the Report and Recommendation "in a timely manner" and "has extremely limited access to the law library and legal research materials, which prevents him from preparing meaningful objections within the current deadline." *Id.* at 2–3.

In order to allow Tariq sufficient time to file objections, considering that he did not receive the R&R in a timely manner, the Court grants his motion for extension of time. The deadline to file objections is extended to May 26, 2026.[1] Failure to file objections within the specified time may affect rights to appeal. Objections must be noted for consideration fourteen (14) days from the date they are filed. The R&R shall be re-noted to May 27, 2026. Responses to objections may be filed by June 9, 2026. If no timely objections are filed, the matter will be ready for the Court's consideration on May 27, 2026.

In his motion to vacate judgment, Tariq avers that judgment was "entered on April 4, 2026." Dkt. No. 16 at 2. He requests that the Court vacate the judgment, reopen the time for him to file objections, and reenter judgment after the objection period has run and the Court has considered any timely objections. *Id.* No judgment has been entered in this case. Therefore, the Court DENIES Tariq's motion to vacate judgment as premature.

Dated this 24th day of April, 2026.

Lauren King
United States District Judge

---

[1] The Court extends the deadline to May 26 because May 23 is a Saturday and May 25 is a holiday. In light of the time-sensitive nature of this matter, the Court grants the motion for an extension without awaiting a response from Respondents.

ORDER EXTENDING TIME TO FILE OBJECTIONS AND DENYING MOTION TO VACATE JUDGMENT - 2